IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:22cr112 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| CHARLES WILLIAM DUKES | : | |
| Defendant. | : | |

**PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET**

| | |
|---|---|
| Date of Scheduling Conference | 12/14/2022 |
| Jury Trial Date | 1/30/2023 |
| Final Pretrial Conference (by telephone) | Monday, 1/23/2023 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 1/9/2023 |
|     Other Motions | T – 1/17/2023 |
| Discovery Cut-off (all discovery must be furnished by this date) | 1/17/2023 |
| Speedy Trial Deadline | waived on the record during 12/14/2022 telephone conference call |

January 3, 2023

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE